odsmbnc (03/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

   Leslie A Schultz                       Bankruptcy Proceeding No. 09–81773–TJM
                                              Chapter 13

   Debtor(s)

                                              Judge: Timothy J. Mahoney

**ORDER DISMISSING CASE**

This case is dismissed upon the Declaration of the Chapter 13 Trustee in support of the Trustee's Notice of Payment Default. It is ordered that this case is hereby dismissed for the debtor's failure to cure the plan payment defaults.

Dated: March 24, 2011

                                                             BY THE COURT:

                                                              /s/ Timothy J. Mahoney
                                                              Bankruptcy Judge

Copies mailed to all creditors and parties in interest.